**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROGER VAN HECK,

    Plaintiff,

v.                                    Case No. 04-CV-71833-DT

MT. CLEMENS POLICE OFFICERS LEWIS
AND DISSER, et al.,

    Defendants.
_____/

**JUDGMENT**

In accordance with the court's August 3, 2005 "Opinion and Order Granting Defendants' 'Motion for Dismissal And/Or In The Alternative Motion for Summary Judgment,'"

IT IS ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.  Dated at Detroit, Michigan, this 3rd, day of August 2005.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                      BY:**s/Lisa G. Teets**
                                              Lisa Teets, Deputy Clerk
                                              and Case Manager to
                                              Judge Robert H. Cleland