**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROGER VAN HECK,

    Plaintiff,

v.                                        Case No. 04-CV-71833-DT

MT. CLEMENS POLICE OFFICERS LEWIS
AND DISSER et al.,

    Defendants.
                                             /

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S TWO**
**"REQUEST[S] TO WAIVE FILING FEES FOR CLAIM OF APPEAL"**

Plaintiff Roger Van Heck filed a "Request to Waive Filing Fees For Claim of Appeal" on September 2, 2005 and again on December 27, 2005.[1] Plaintiff has not fulfilled the requirements set forth under 28 U.S.C. § 1915(a)(1) as he has not submitted an affidavit in support of either of his requests. Accordingly,

IT IS ORDERED that Plaintiff's "Request[s] to Waive Filing Fees For Claim of Appeal" [Dkt. # 33] and [Dkt. # 38] are DENIED WITHOUT PREJUDICE. Plaintiff may later renew his request to waive filing fees on appeal by either (1) filing a motion with a supporting affidavit as required by 28 U.S.C. § 1915(a)(1) or (2) completing and filing an "Application To Proceed Without Prepayment of Fees and Affidavit."[2]

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

---

[1] The court clerk has docketed both of Plaintiff's Requests as an "Application to Proceed *In Forma Pauperis* On Appeal."

[2] A copy of this form accompanies this order.

Dated: January 6, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 6, 2006, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\DEM\OpinionsandOrders\04-71833.VANHECK.DenyingWithoutPrejudiceIFPApplication.2.wpd